# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
---------------------------------------------------------------------X
WILLIAM KING MOSS, III,                    Index No.: 604690/2021

                     Plaintiff,      **NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT**

-against-

BRENTWOOD UNION FREE SCHOOL DISTRICT,
CYNTHIA CIFERRI, ROBERT FELICIANO,
G. PAULA MOORE, JULIA BURGOS, SIMONE
HOLDER-DANIEL, MARIA GONZALEZ-PRESCOD,
EILEEN FELIX, RICHARD LOESCHNER,
VINCENT AUTERA and WAYNE LOPER,

                     Defendants.
---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Caroline B. Lineen, from Silverman & Associates, hereby appears as counsel for the defendants, BRENTWOOD UNION FREE SCHOOL DISTRICT, CYNTHIA CIFERRI, ROBERT FELICIANO, G. PAULA MOORE, JULIA BURGOS, SIMONE HOLDER-DANIEL, MARIA GONZALEZ-PRESCOD, EILEEN FELIX, RICHARD LOESCHNER, VINCENT AUTERA, and WAYNE LOPER, in this action, and demands that you serve a copy of the complaint within twenty (20) days after service of this demand pursuant to CPLR § 3012, as well as all notices and other papers in this action, upon the undersigned at the address stated below.  This notice is not intended to be, and should

not be construed as, a waiver of any jurisdictional or other defenses.

Dated: White Plains, New York
       July 19, 2021

                                    Respectfully submitted,

                                **SILVERMAN & ASSOCIATES**

                      By: _____
                                Caroline B. Lineen
                                Attorneys for Defendants
                                445 Hamilton Avenue, Suite 1102
                                White Plains, New York 10601
                                (914) 574-4510


TO:  Michele A. Baptiste
       Attorney for Plaintiff
       *(Via NYSCEF and Electronic Mail)*

       William Moss
       32 South 5th Avenue
       Brentwood, New York 11717
       Williamkmoss3@gmail.com
       *(Via Electronic Mail and First Class Mail)*