**LAW OFFICES OF MICHELE BAPTISTE**
**1225 FRANKLIN AVENUE, SUITE 325**
**GARDEN CITY, NEW YORK 11530**
**(516) 512-8934**

---

November 30, 2021

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Moss v. Bd. of Educ. of Brentwood Union Free School District, et al.**
  Case No.: 21-cv-4372 (MKB)(SIL)

Dear Chief Judge Brodie:

     I represent the Plaintiff in the above-referenced matter. I am writing in response to Defendant's motion to dismiss. Although the Plaintiff's motion was not filed via ECF, it was served on the Plaintiff on October 29, 2021.

     At issue in this lawsuit is the appointment of Defendants Vincent Autera ("Autera") and Wayne Loper ("Loper") in September 2019 which lead to tenured appointments in the school district. Another case was filed by an African American male involving the same appointments. (See Dumornay v. Bd. of Educ. of Brentwood Union Free School District, et al., Docket No.: 21-cv-4429 (GRB)(JMW). On October 28, 2021, a pre-motion conference was held before the Hon. Gary Brown which dismissed the majority of the Plaintiff's causes of actions with prejudice. For the remaining claims dismissed without prejudice, Hon. Gary Brown allowed time for the Plaintiff to determine if there were additional facts available to amend the complaint. There were no additional facts discovered to warrant an amendment.

     Therefore, since the complaint in this case would result in the dismissal based on the same legal reasoning in Dumornay, Plaintiff does not oppose the Defendant's motion to dismiss.[1]

---

[1] It should be noted that Mr. Moss's appeal of the New York State Division of Human Rights determination is pending in the Suffolk County Supreme Court, Index No. 601274/2021.

Very truly yours,

Michele A. Baptiste

Cc: Caroline B. Lineen, Esq. (via ECF)